UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:15-cv-00186-DLB-EBA

HAKIM CHOUGUI,                                                                                    PLAINTIFF,

v.                                      **MAGISTRATE JUDGE'S**

**REPORT AND RECOMMENDATION**

DELTA AIR LINES, INC.,                                                                     DEFENDANT.

 

This matter comes before the Court on its own motion. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." More than ninety (90) days have passed since Plaintiff's Complaint [R. 2] was filed, and Plaintiff has failed to serve his Complaint [R. 2] on Defendant. On December 14, 2017, pursuant to Rule 4(m), the Court provided notice to Plaintiff when it ordered Plaintiff to show good cause why the undersigned should not recommend dismissal of this case by December 29, 2017. [R. 18]. Plaintiff has failed to show good cause.

Having considered the matter fully, the undersigned RECOMMENDS that Plaintiff's claim be DISMISSED WITHOUT PREJUDICE, where Plaintiff has not served Defendant within ninety (90) days after the Complaint [R. 2] was filed, pursuant to Fed. R. Civ. P. 4(m).

Specific objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. *United States v. Campbell*, 261

28 F.3d 628, 632 (6th Cir. 2001); *Bituminous Cas. Corp. v. Combs Contracting Inc.,* 236 F. Supp. 2d 737, 749-750 (E.D. Ky. 2002). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. *Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004); *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

This the 3rd day of January, 2018.



Signed By:
*Edward B. Atkins*   EBA
United States Magistrate Judge