# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

CIVIL ACTION NO. 15-186-DLB-EBA

HAKIM CHOUHUI                          PLAINTIFF

V.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

DELTA AIR LINES, INC.                    DEFENDANT

***    ***    ***    ***

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court dismiss Plaintiff's action without prejudice pursuant to Federal Rule of Civil Procedure 4(m) due to Plaintiff's failure to serve his Complaint on Defendant Delta Air Lines, Inc. within ninety days. (Doc. # 19).

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge is **adopted** as the Opinion of the Court;

(2) Plaintiff Hakim Chougui's Complaint (Doc. # 2) is **dismissed without prejudice** pursuant to Federal Rule of Civil Procedure 4(m); and

(3) This matter is **stricken** from the Court's active docket.

This 28th day of January, 2018.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Cov13\13-90 Order Adopting R&R.wpd